FILED
NOV 14 2006
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TMS ENVIROCON, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 06-772 C

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, the undersigned counsel for TMS ENVIROCON, INC., plaintiff in the above captioned action, certifies that it is not a publicly held corporation, that it has no parent corporations, and that no publicly held corporation owns stock in the corporation.

Done this date: November 12, 2006

TMS ENVIROCON, INC.

By: ______________________
Of Counsel

Neil S. Lowenstein
Vandeventer Black LLP
101 W. Main St., Suite 500
500 World Trade Center
Norfolk, VA 23510
(757) 446-8610
(757) 446-8670 (facsimile)
Email: nlowenstein@vanblk.com