IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TMS ENVIROCON, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-772C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Baskir) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

_____Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including February 15, 2007, within which to file a response to the complaint. Our response is currently due on January 16, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff, Envirocon, Inc. ("Envirocon") has authorized us to say that Envirocon does not oppose this motion for an enlargement of time.

Counsel for the United States has not yet received a litigation report from the United States Air Force. Furthermore, counsel does not anticipate receiving a litigation report before the end of January 2007.

There have been changes in Air Force staffing that are impeding the research needed prior to the preparation of the litigation report. The contracting officer currently assigned to this matter is not the same person who served as contracting officer during contract performance. (Indeed, the former contracting officer has not yet been located.) Furthermore, the

agency counsel who would ordinarily have drafted the litigation report is moving, and new counsel has not yet been appointed to that position.

The full enlargement of time is needed. A litigation report is needed in order for us to respond to the allegations in the complaint. In addition, time is needed to draft a response to the complaint, and for review of the draft response by agency counsel and by supervisors at the Department of Justice.

## Conclusion

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

December 29, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 29, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier