R2160 30 cp 96
1 CONS/LGCC
jodji

CONTRACTOR'S RELEASE
FORM

CONTRACTOR'S RELEASE UNDER CONTRACT F44600-01-C-0029

KNOW ALL MEN BY THESE PRESENTS: In consideration of the premise and the sum of four million two hundred sixty-two thousand nine hundred thirty-eight and 33/100 dollars---------- $4,262,938.33

lawful money of the United States of America (hereinafter called the "Government") four million two hundred fifty-eight thousand six hundred seventy-five and 60/100 dollars---------- ( $4,258,675.60 )

of which has already been paid and four thousand two hundred sixty-two and 73/100 dollars---------- $4,262.73 ) of which is to be paid

by the Government under the above-mentioned contract, the undersigned Contractor does, and by the receipt of said sum shall, for itself, its successors and assigns, remise, release and forever discharge the Government, its officers, agents, and employees, of and from all liabilities, obligations and claims whatsoever in law and in equity under or arising out of said contract.

2006 OCT 3 PM 2:07
1ST CONTRACTING SQUADRON

IN WITNESS WHEREOF, this release has been executed this 3rd day of Oct-06

WITNESS:

(Contractor)

BY: Anne S. Ray

TITLE: Controller

**IN CASE OF CORPORATION WITNESSES NOT REQUIRED, BUT CERTIFICATE BELOW MUST BE COMPLETED.**

**CERTIFICATE**

Terry Penn, certify that I am the Business Dev. Manager of the corporation in the foregoing release; that Anne S. Ray who signed said release on behalf of the Contractor was then Controller of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(corporate Seal)

Terry Penn, Business Development Manager

CMH 11/19/01