# myInvoice Detail Report

January 10, 2007



| | | | |
|---|---|---|---|
| **CAGE:** | 077Y5 | **DUNS:** | 944219880 |
| **CONTRACT:** | F4460001C0029 | **DELIVERY ORDER:** | |
| **CLIN:** | | **INVOICE:** | 202551 |
| **SHIPMENT:** | | **STATUS:** | PAID |
| **INVOICE AMOUNT PAID:** | 4,262.73 | | |
| **RECEIVE DATE:** | 10/03/06 | **ISSUE DATE:** | 10/03/06 |
| **ACCEPTANCE:** | 10/03/06 | **PROCESSING SITE:** | LIMESTONE MAINE |
| **LAST ACTION:** | | **MOCAS REASON:** | **REMARKS:** |
| **PAYMENT DUE:** | 01/10/07 | **CHECK/EFT AMOUNT:** | 4,309.87 |
| **ACTUAL PAYMENT DATE:** | 01/10/07 | **ACRN:** | |
| **VOUCHER NUMBER:** | DL70047311 | **DSSN:** | 3801 |
| **TRACE NUMBER:** | 102036557160430 | **CURRENCY:** | US DOLLAR |
| **CHECK NUMBER:** | 07160430 | **QUANTITY PAID:** | |
| | | **UNIT PRICE:** | **UM:** |
| **PAYEE NAME:** | TMS ENVIROCON INC | | |
| **ADDRESS:** | | | |
| **INVOICE AMOUNT:** | 4,262.73 | **ADJUSTMENT1:** | 0 |
| **DISCOUNT:** | 0.00 | **REASON1:** | BLNTRCV |
| **FREIGHT:** | 0.00 | **ADJUSTMENT2:** | 0 |
| **INTEREST:** | 47.14 | **REASON2:** | VENDCRD |
| **TAX WITHHELD:** | 0.00 | **LATE PAY REASON:** | R |