IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TMS ENVIROCON, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 06-772C
(Judge Baskir)

APPENDIX TO
JOINT PRELIMINARY
STATUS REPORT

**TABLE OF CONTENTS**


1. List of Significant Persons

2. Glossary of Terms and Acronyms

3. Documents

Tab 1: Excerpt of Contract Award, Pages 1 through 4 of 21, Standard Form 1442, Solicitation No. F44600-01-R-9912, Award Date September 28, 2001

Tab 2: Excerpt of Shaw REA:
Tab 2A: Section 1.0 Introduction
Tab 2B: Section 7.0 Cost Analysis

Tab 3: Government February 17, 2005 memorandum to TMS regarding review of Shaw REA

Tab 4: TMS March 14, 2005 letter to Government responding to Government February 17, 2005 memorandum and certifying Shaw REA

Tab 5: TMS July 26, 2005 letter to Government addressing review status of Shaw REA

Tab 6: Contracting Officer's November 15, 2005 Final Decision

Tab 7: 41 U.S.C. § 605

Tab 8: Collective copies of TMS letters explaining TMS understanding regarding modification release language

Tab 9: Contracting Officer's 12/22/03 email