# LIST OF SIGNIFICANT PERSONS

- Government Personnel:
  - Costlow, Michael, Contracting Officer, HQ, 1st Fighter Wing
  - Davenport, Gregory, Contract Administrator, HQ, 1st Fighter Wing
  - Edwards, Donnie, Civ 1 CES/CECN, Inspector, HQ, 1st Fighter Wing
  - Powell, Delorese, Contract Administrator, HQ, 1st Fighter Wing
  - Sewell Hall, Winona, Contracting Officer, HQ, 1st Fighter Wing
- TMS Personnel:
  - Arnemann, Walter, Project Manger, TMS Envirocon
  - Hunt, Michael, Project Manager, TMS Envirocon
  - Ray, Anne, Controller, TMS Envirocon
  - Shah, Mehul, Chief Executive Officer, TMS Envirocon
- Shaw Environmental Personnel
  - Kerrick, Mark, Project Manager, Shaw Environmental
  - Madden, Julia, Procurement Manager, Shaw Environmental
  - Yuan, Hank, Director of Project, Shaw Environmental