# GLOSSARY OF TERMS AND ACRONYMS

- Air Force - Department of the Air Force
- CDA - Contract Disputes Act, 41 U.S.C. §§ 601, *et seq.*
- Contract - Contract Number F44600-01-C-0029, awarded to TMS Envirocon for the subject project
- DFAR - Department of Defense FAR Supplement
- JPSR - Joint preliminary status report
- FAR - Federal Acquisition Regulations
- G&A - General and accounting
- Government - United States of America
- Project - the Langley Air Force Base non-compliant water main project that is the subject of the Contract
- RCFC - Rules of the Court of Federal Claims
- REA - Request for equitable adjustment
- Shaw REA - Shaw's Request for Equitable Adjustment dated March 17, 2004
- Shaw - Shaw Environmental, Inc.
- Subcontract - Subcontract dated October 15, 2001, awarded by TMS Envirocon to IT Corporation
- TMS - TMS Envirocon, Inc.
- United States - United States of America