| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. F44600-01-R-9912 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED *(RFP)* | 3. DATE ISSUED 26-Jul-2001 | PAGE OF PAGES 1 OF 40 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. MUHJ 01-0885 |
|---|---|---|

| 7. ISSUED BY | CODE FA4800 | 8. ADDRESS OFFER TO *(If Other Than Item 7)* | CODE |
|---|---|---|---|
| 1 CONS/LGCA<br>74 Nealy Ave<br>Attn: Mr Rex Mount<br><br>LANGLEY AFB, VA 23665 | | **See Item 7** | |

| 9. FOR INFORMATION CALL: | A. NAME Rex D Mount | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* 757-764-7033 |
|---|---|---|

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Repair Non-compliant Water Mains

Repair Non-Compliant Water Mains at Langley AFB, VA (Project # MUHJ 01-0885).

Work consists of the replacement of all existing drinking water distribution piping, to include water mains, service connections, valves and hydrants along Lee Road, Wayland Road, the Lighter than Air (LTA) area, Ward Road, and the areas north of Sweeney Blvd, from Bldg 330 to the Fire Station. This project is being set-aside as a competitive HUBZone solicitation for contractors serviced by the Small Business Administration's Richmond, Virginia district office. The applicable NAICS is 234910. The magnitude of this project falls in the range of $1,000,000 to $5,000,000. Payment and Performance Bonds will be required prior to start of work. Prospective offerors are encouraged to attend the official site visit. The performance period is 305 days. Award will be made based upon "Best Value" to the Government, utilizing past performance-price tradeoff practices.

Please Note that Past Performance Questionnaires and Volume 2 of the Proposal (containing Past/Present Performance Information) are due by COB, 16 Aug 01.

11. The Contractor shall begin performance within 10 calendar days and complete it within 305 calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See ______________ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* ☒ YES ☐ NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 14:00:00 *(hour)* local time 8/24/01 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☐ is, ☒ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 90 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

S[illegible] TATION, OFFER, AND AWARD (Conti

(Construction, Alteration, or Repair)

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
TMS ENVIROCON, INC
ATTN: PAUL DICKSON
800 SEAHAWK CIRCLE, SUITE 110

VIRGINIA BEACH, VA 23452

CODE 077Y5 | FACILITY CODE 077Y5

15. TELEPHONE NO. *(Include area code)*
757-368-7733

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS | SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

**SEE SCHEDULE**

22. AMOUNT
**$3,229,283.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM: Block 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
[X] 10 U.S.C. 2304(c) [ ] 41 U.S.C. 253(c) ()

26. ADMINISTERED BY CODE FA4800
1 CONS/LGCA
74 Nealy Ave
Attn: Mr Rex Mount

LANGLEY AFB, VA 23665

27. PAYMENT WILL BE MADE BY CODE F67100
DFAS-LI/FP
27 Arkansas Road
1-800-337-0371

LIMESTONE, ME 04751-1500

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

[X] 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return 1 copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

[ ] 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*
TMS ENVIROCON, Inc
Mehul S Shah

30B. SIGNATURE
BY Mehul S. Shah

30C. DATE
9/28/01

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
TERRI L. TEW

31B. UNITED STATES OF AMERICA
BY Terri L. Tew

31C. AWARD DATE
28 Sep 01

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F44600-01-C-0029 | PAGE 3 OF 21 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
TMS ENVIROCON, INC

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | Lump Sum | $2,479,203.00 | $2,479,203.00 |

Repair non-compliant water mains at Langley AFB.
FFP - Replace all existing drinking watger distribution piping, in include water mains, service connections, valves, and hydrants along Lee Rd, Weyland Rd, the Lighter Than Air (LTA) area (except family housing within the LTA area--see Line Item 0002), Ward Rd and the areas north of Sweeney Blvd, from Bldg 330 to the Fire Station, in accordance with the attached Specifications and Drawings.
NSN Z249-WA-TER-MAIN
MILSTRIP FQ480012690800
PURCHASE REQUEST NUMBER FQ480012690800
SIGNAL CODE A

NET AMT $2,479,203.00

ACRN AA Funded Amount $2,479,203.00

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F44600-01-C-0029 | PAGE<br>4 OF 21 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
TMS ENVIROCON, INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1.00 | Lump Sum | $750,080.00 | $750,080.00 |

Repair non-compliant water mains at Langley AFB.
FFP - Replace all existing drinking water distribution piping, to include water mains, service connections, valves, and hydrants for the housing facilities in the Lighter Than Air (LTA) area, in accordance with the attached Specifications and Drawings. (See Drawings C-31, C-33, C-34 and C-35.)
NSN Z249-WA-TER-MAIN
MILSTRIP FQ480012690300
PURCHASE REQUEST NUMBER FQ480012690300
SIGNAL CODE A

NET AMT $750,080.00

ACRN AB Funded Amount $750,080.00