# 1.0 Introduction

This Request for Equitable Adjustment is for project impacts that Shaw Environmental, Inc. (Shaw) sustained on TMS Envirocon (TMS) Subcontract No. S-0029-01 in support of prime contract No. F44600-01-C-0029 during the execution of work for The Repair of Non-compliant Water Mains at Langley Air Force Base.

The original value of the subcontract was $2,850,000. The scope of work included the installation of approximately 57,000 LF of 8-inch and 10-inch PVC water distribution piping and appurtenances (fire hydrants, valve vaults and service laterals) at Langley Air Force Base, Hampton, VA. The period of performance was 305 calendar days from the Notice to Proceed (NTP) date of October 17, 2001 to August 18, 2002.

The impacts encountered by Shaw were not foreseeable when the work was awarded (the effective date of the Subcontract Agreement is October 15, 2001). At the time of award and NTP, Shaw reasonably expected on this lump sum project that:

- The contract drawings are accurate and complete. They addressed and met the operational needs of the government and reasonably represented the scope of work and underground obstructions that would be encountered during execution of the work on this lump sum contract.

- A minimal amount of contract changes would be encountered on this lump sum project on which the construction drawings were completed a year in advance of subcontract award.

- Differing site conditions and contract changes, if encountered, would be handled by the government in an expeditious manner to support completion near the required period of performance of 305 calendar days.

- Site storage areas and office areas would be available to Shaw immediately following NTP in order to facilitate completion near the period of performance of 305 calendar days.

- Suspensions of Work would not be encountered that would require the layoff and subsequent retraining of craft, demobilization and remobilization of equipment, and additional storage of material and site maintenance work during the period of suspension.

- There were no sequences of work that would be required that were not identified in the bidding documents.

- Adequate funding would be available and handled by the government in a timely manner to accommodate any changes and differing site conditions encountered during

execution of the work to facilitate completion of the work near the period of performance of 305 calendar days.

- Any permits and/or base operations requirements beyond the control of Shaw would be resolved by the government in a timely manner so as to allow completion of the work near the required period of performance.
- The scope work would remain as per the contract documents. During construction there would be no de-scoping and/or termination disruptions.
- There would be no additional contract requirements added to the work that were not identified in the original contract.
- Based on the requirement for completing the work within the required period of performance, only one winter season of construction work would be required.

However, these reasonable expectations were clearly not met during performance of the work by Shaw, as evidenced by the following facts:

- The Contractor encountered 193 separate Differing Site Conditions (**See Section 2.1 of this document**).
- The original contract drawings show that approximately 464 existing utility crossings would be required. However, actual crossings encountered totaled 1105, an increase of 138 percent (**See Section 2.2**).
- The government has acknowledged by the issuance of Contract Modifications P00001 through P00008, that the prime contract value has been anticipated to change by approximately $1.80M (including the value of additional and deleted work) or 56 percent of the original prime contract value of $3.23M (**See Section 3**).
- The government has already acknowledged, by the issuance of Contract Modifications P00001 through P00008 that 414 calendar days of contract completion extension were warranted, representing an increase of 136 percent to the original contract period of performance of 305 calendar days (**See Section 3**).
- No laydown/trailer area was available to Shaw until the week of November 19-26, 2001, or a minimum of 33 calendar days after the issuance of the NTP which equates to the expiration of 11 percent of the total period of performance (**See Section 4.1**).
- On September 6, 2002, the Government issued a suspension of work order in order to "...allow the government time to obtain funding for pending addendum..." The suspension of work order lasted until October 17, 2002 or 42 calendar days which equates to 14 percent of the original contract period of performance (**See Section 4.2**).

- Following the lifting of the Suspension of Work in October of 2002, the contractor was directed by the government not to perform any work in the South Base Area until all work was completed in the North Base **(See Section 4.3)**.

- As of August 29, 2003 or 681 calendars since start of the original 305 calendar day performance period, the government failed to provide adequate funding to allow construction to proceed **(See Section 4.4)**.

- Beginning on February 11, 2003, Shaw was directed to cease all work at the North Aircraft Parking Apron (NAPA) immediately until a flight line waiver had been granted. Due to the delay in obtaining the waiver by the government, Shaw was unable to perform the work in the NAPA area until May 5, 2003, a period of 83 calendar days which equates to 27 percent of the original contract period of performance of 305 calendar days **(See Section 4.5)**.

- Between March 13, 2003 and August 29, 2003, Shaw was impacted by ongoing discussions involving potential de-scoping and/or termination **(See Section 4.6)**.

- During the period from June 10, 2003 through August 29, 2003, Shaw was impacted by additional excavation and backfilling requirements at the South Base Area **(See Section 4.7)**.

- Throughout the execution of the work Shaw encountered construction impacts resulting from design engineering changes **(See Section 5)**.

- Due to the foregoing project impacts, a 2nd winter season of construction work was encountered by Shaw **(See Section 6)**.

As will be demonstrated in the following sections of this document, the above circumstances made it virtually impossible for Shaw to efficiently plan and schedule the resources required to accommodate the vast number of design changes, disruptions due to differing site conditions and work stoppages, government directions to resequence work, delays in approval of contract modifications, delays in obtaining funding and restrictions of access to substantial areas of work. When considered in totality, these factors made the application of a lump sum contract type to this project unworkable and inappropriate. Valuing the Air Force as a major client, however, Shaw did attempt to work in the best interests of Langley Air Force Base, at a considerable loss of efficiency and added cost, both of which were communicated to the government on an ongoing basis **(See document references at the end of this section)**.

The impacts have caused excessive lost time awaiting direction; have required resequencing of work and moving craft labor to other parts of the project prior to completing the work they were currently performing and with which they were intimately familiar resulting in substantial losses of productivity with resulting extensions of schedule; have required Shaw to allocate additional personnel resources and facilities in order to support the constantly changing needs of the government. This has resulted in Shaw performing its planned work in a manner of a contractor

of convenience rather than a contractor in control of its own methods and planned sequence of performance, which is of paramount importance on a lump sum contract.

In order to quantify the impact of the above factors, Shaw has utilized the widely accepted method of the "measured mile" calculation, which compares like activities on impacted and non-impacted (or least impacted) sections of the project. **(See Section 7)**

The following **Figure 1-1** summarizes the impacts to the project which will be discussed herein. As is evident from this figure, the impacts occurred throughout the entire project. The figure references the sections of this document which provide details of each issue.

Document References (Appendix C):

| Exhibit No. | Date | Description |
|---|---|---|
| 1.0-1 | May 1, 2003 | Meeting Minutes |
| 1.0-2 | May 30, 2003 | Letter, Shaw to TMS |
| 1.0-3 | July 30, 2003 | Letter, TMS to the Government |

# 7.0 Cost Analysis

### 7.1 Shaw's Original Installation Plan

The original Construction Progress Schedule was approved by the Contracting Officer on November 13, 2001 (**See Exhibit 7-1**). This schedule showed completion of all work by the end of the period of performance of August 18, 2002 or 305 calendar days from the NTP. By the week ending May 24, 2002, 74.8 percent of all work was scheduled to be completed and 94.1 percent of the work was to be completed by the week ending July 12, 2002.

Shaw's original pipe installation plan involved the organization of the installation work into specific tasks with sequential activities. Work crews were assembled in accordance with the skill level requirement of the assigned tasks. First, a crew of labors responsible to prepare the work area would establish safety and traffic control, expose the existing underground utilities to locate and determine the elevation of all existing utility crossings and perform any other preparatory work such as initial saw cutting of the street pavements and removal of concrete obstructions as required. Upon completing the site preparation, the pipe installation crews would perform excavation with mechanical equipment and install the pipe. The pipe installation crews were divided into a work crew that was specialized for large main trunk line installation and a work crew that was specialized for smaller lateral feeder line installation for each facility tie-in. Following behind the pipe installation crew was a crew responsible for pressure testing, backfilling, flushing and chlorination of the installed pipes. Finally, a restoration labor crew would restore the area back to original condition including performing finish grading, top soil placement, grass establishment and pavement repairing. This planned installation sequence allowed for an orderly closeout of work areas, keeping open excavation areas to a minimum.

### 7.2 Analysis

Normally, the above approach is effective for large, lump sum underground pipe installation projects such as this project. As noted, this plan and approach requires a systematic increase of work force as work areas are entered. However, Shaw's plan was made inoperable by influences not controllable by Shaw. As demonstrated by Figure 6-1, impacts not controllable by Shaw occurred from the very beginning of the project and extended through the end of the performance period with ever increasing severity.

At the outset of the project, Shaw lost approximately one month of favorable construction weather due to the government's inability to provide a material storage area and space for a field office. During the first winter, Shaw made good and steady progress despite encountering additional underground obstructions and delays due to engineering related issues. In early February of 2002, Shaw lost work areas at both the north and south bases due to uncertainties of directional drilling requirements along and at the crossing of the taxiways. This was occurring while the government was mobilizing for the Iraq war. During the spring of 2002, Shaw increased its work force to maintain schedule. However, in addition to the same problems that had been encountered previously, Shaw also encountered numerous differing site conditions (DSCs). As required by contract Shaw must notify the contracting officer in these instances to allow for verification and disposition of each condition. This required leaving a lot of open areas until resolved by the government, giving impressions of incomplete work. Shaw's resource planning became increasingly difficult to manage due to these occurrences. The project management team was constantly moving crews to different work areas due to the affects brought on by the DSCs. The impact became severe during late May and June 2002. During this

time, the average crew was being impacted more than two times per work shift. These disruptions affected the planned work sequence of not only the pipe excavation and installation activities but it also affected the efficiencies of all other activities and voided Shaw's original construction plan. To further exacerbate the situation, the government issued a suspension of work in early September 2002, disclosing funding problems which resulted in many other impacts and delays.

As discussed above and in earlier sections of this document, there were many and varied impacts that prevented Shaw from executing its original plan and from completing contract work within the originally schedule time frame and within the original budget. However, there was a period of time during the early stages (prior to May of 2002) of the project when most of the areas of the project were available and many of the impacts encountered had not become severe. Thus Shaw is able to utilize the "measured mile" approach in quantifying the monetary impact of the disruptions, delays and hindrances encountered. This method compares a non-impacted (or least impacted) period of time with the disrupted period.

Despite an early access delay of more than one month, Shaw was able to complete approximately 57 percent of all work between December of 2001 and May of 2002 and 62 percent of the job controlling activities of Trenching (Line Item No. 2) and Pipe and Valve Installation (Line Item No. 3) as evidenced by the Application and Certificate of Payment No. 7 for the period ending May, 2002. In addition, Shaw was able to complete 75.6 percent of the total project, 81 percent of the Trenching and 80 percent of the Pipe and Valve Installation by August 30, 2002, as evidenced by Application and Certificate of Payment No. 10. After this point, progress was achieved only minimally due primarily due to large areas of the project being unavailable, work suspensions, re-sequencing and other impacts enumerated earlier.

The following table **(Table 7-1)** and chart **(Figure 7-1)** detail project progress. Note that in the 11 month period between September, 2002 and July, 2003, only 13.7 percent complete was achieved as compared to the 79.9 percent complete that was achieved in the 10.5 months prior to that point which highlights the severity of the impacts incurred in the latter stages of the projects.

**Table 7-1**

| Payment Application No. | Period Through | Cumulative Percent Complete |
|---|---|---|
| 2 | December 21, 2001 | 10.6 |
| 3 | January 18, 2002 | 17.6 |
| 4 | February 22, 2002 | 26.1 |
| 5 | March 22, 2002 | 31.6 |
| 6 | April 26, 2002 | 39.5 |
| 7 | May 24, 2002 | 57.3 |
| 8 | June 21, 2002 | 63.8 |
| 9 | July 26, 2002 | 70.9 |
| 10 | August 30, 2002 | 75.6 |
| 11 | September 6, 2002 | 79.9 |
| 12 | November 22, 2002 | 83.1 |
| 13 | January 24, 2003 | 86.0 |
| 14 | February 28, 2003 | 86.5 |

| Payment Application No. | Period Through | Cumulative Percent Complete |
|---|---|---|
| 15 | March 28, 2003 | 87.9 |
| 16 | May 2, 2003 | 89.3 |
| 17 | May 30, 2003 | 91.1 |
| 18 | June 27, 2003 | 91.8 |
| 19 | August 1, 2003 | 93.6 |

For comparison purposes, the cost per percent complete was calculated for the periods through May 24, 2002 and from May 24, 2002 through September 30, 2003. As is apparent from **Table 7-2**, the unit cost for the latter period is 189 percent greater than for the former period which correlates with the impacts incurred during the later period.

As a minimum (assuming that no impacts were incurred through May 24, 2002 which has been demonstrated not to be the case) Table 7-2 points to a loss of $58,734 per percent complete for the last 36.3 percent complete or a total loss of **$2,132,040** as follows:

| Item | Amount |
|---|---|
| Cost Per Percent Complete Achieved (5/24/02-9/30/03) | $89,746 |
| Less Cost Per Percent Complete Achieved Through 5/24/02 | ($31,012) |
| Difference Per Percent Complete | $58,734 |
| Percent Complete Achieved (5/24/02-9/30/03) | 36.3% |
| **Loss Incurred** | **$2,132,040** |

The above measured mile approach favors the government due to the fact that impacts were already occurring during this base period.

To further illustrate the reasonableness of the measured mile approach, note that Shaw's original contract price of $2,850,000 equates to $28,500 per percent complete or only an 8.8 percent difference from the $31,012 per percent complete calculated above despite the impacts already being encountered during this base period.

Alternatively, Shaw's losses, calculated by the total cost method would yield the following:

| Item | Amount |
|---|---|
| Total Cost Through 9/30/03 | $5,034,809 |
| Less Amount Paid to Date | ($2,360,200) |
| **Total Loss Through 9/30/03** | **$2,674,609** |

It should be noted that, per **Table 7-2**, profit has been added to the cost amounts in both calculations.

**For settlement purposes, Shaw proposes that an average of the two methods is appropriate. The average is $2,403,325. This proposal assumes that all previously submitted outstanding change order requests (through and including Contract Modification P00008) and unpaid (by TMS) invoices have been withdrawn.**

During the preparation of this document, Shaw also considered other cost analysis methods. However, due to the magnitude of issues and their overlapping impacts, the separation of costs by issue became realistically impossible.

It should be noted that Shaw reserves the right to amend and append this document as appropriate in the event that a negotiated settlement is not achieved.

Document References (Appendix C):

| Exhibit No. | Date | Description |
|---|---|---|
| 7-1 | November 13, 2001 | Contract Progress Schedule |
| 7-2 | May 28, 2002 | Shaw Payment Request LAFB-7 |
| 7-3 | September 4, 2002 | Shaw Payment Request LAFB-10 |

**Figure 7-1, Project Progress**



## Table 7-2

Project No. 833124

| Type | Description | Thru 9/30/03 Actual Amount | Thru 5/24/02 Actual Amount | From 5/24/02 Thru 9/30/03 Actual Amount |
|---|---|---|---|---|
| 9100 | Labor | | | |
| 9110 | Labor Field | | | |
| 9111 | Labor Reg Field | $927,729 | $306,015 | $621,714 |
| 9112 | Labor OT Field | $126,063 | $47,606 | $78,457 |
| 9113 | Labor Prem Field | $62,983 | $23,711 | $39,272 |
| 9114 | In Lieu of Benefit | | | |
| 9120 | Labor Home Office | | | |
| 9121 | Labor Reg Home Off | $89,962 | $13,207 | $76,755 |
| 9122 | Labor OT Home Off | $124 | $6 | $118 |
| 9123 | Labor Prem Home Of | $62 | $3 | $59 |
| 9200 | Fringe | | | |
| 9210 | Fringe Field | $281,895 | $90,572 | $191,323 |
| 9220 | Fringe Home Off | $26,647 | $4,295 | $22,352 |
| 9230 | Union Fringe Payme | | | |
| 9300 | Equipment | | | |
| 9310 | IT Equip - Compute | | | |
| 9311 | IT Equip - Constru | $71,008 | $17,038 | $53,970 |
| 9320 | Equipment - OS | $420,917 | $126,788 | $294,129 |
| 9330 | Equipment - LV | $41,072 | $17,076 | $23,996 |
| 9400 | Material | | | |
| 9410 | Material - IT | $10 | $10 | $0 |
| 9420 | Material - OS | $1,002,511 | $517,809 | $484,702 |
| 9600 | Subcontract | | | |
| 9610 | Sub - General | $625,568 | $59,294 | $566,274 |
| 9620 | Sub - Travel/Subsi | $2,519 | $0 | $2,519 |
| 9700 | Other Expense | | | |
| 9720 | Travel/Subsist | | | |
| 9721 | Air Travel | $4,166 | $2,043 | $2,123 |
| 9722 | Ground Trans | $8,661 | $1,778 | $6,883 |
| 9723 | Lodging | $101,648 | $29,369 | $72,279 |
| 9724 | Per Diem | $74,340 | $20,851 | $53,489 |
| 9725 | Individual Meals | | | |
| 9726 | Entertainment | $171 | | $171 |
| 9727 | Travel Other | $430 | $41 | $389 |
| 9730 | Other Out Serv | $55,054 | $12,107 | $42,947 |
| 9740 | A/P Accrual | | | |
| 9745 | Accr Oth OS (No Re | $47,228 | $145,278 | -$98,050 |
| 9800 | Project Burdens | | | |
| 9810 | Overhead | | | |
| 9811 | Overhead Field | $271,734 | $82,438 | $189,296 |
| 9812 | Overhead Home Of | $82,658 | $10,769 | $71,889 |
| 9820 | G&A | $131,365 | $50,197 | $81,168 |
| 9821 | G&A Field | $100,415 | $32,140 | $68,275 |
| 9822 | G&A Home Office | $11,414 | $1,555 | $9,859 |
| 9830 | OH FCCOM | $4,157 | $1,461 | $2,696 |
| 9840 | G&A FCCOM | $4,455 | $2,075 | $2,380 |
| 9850 | Equipment FCCOM | $1,008 | $284 | $724 |
| | Subtotal | $4,577,974 | $1,615,816 | $2,962,158 |
| | Profit @ 10% | $456,835 | $161,200 | $295,636 |
| | Total Cost | $5,034,809 | $1,777,016 | $3,257,794 |
| | Percent Complete Achieved | | 57.3 | 36.3 |
| | Cost Per Percent Achieved | | $31,012 | $89,746 |

**Figure 1-1**
**Langley AFB Water Main Project – Subcontract S-0029-01**
**Schedule Comparison & Project Impacts**

