# 7.0 Cost Analysis

## 7.1 Shaw's Original Installation Plan

The original Construction Progress Schedule was approved by the Contracting Officer on November 13, 2001 (**See Exhibit 7-1**). This schedule showed completion of all work by the end of the period of performance of August 18, 2002 or 305 calendar days from the NTP. By the week ending May 24, 2002, 74.8 percent of all work was scheduled to be completed and 94.1 percent of the work was to be completed by the week ending July 12, 2002.

Shaw's original pipe installation plan involved the organization of the installation work into specific tasks with sequential activities. Work crews were assembled in accordance with the skill level requirement of the assigned tasks. First, a crew of labors responsible to prepare the work area would establish safety and traffic control, expose the existing underground utilities to locate and determine the elevation of all existing utility crossings and perform any other preparatory work such as initial saw cutting of the street pavements and removal of concrete obstructions as required. Upon completing the site preparation, the pipe installation crews would perform excavation with mechanical equipment and install the pipe. The pipe installation crews were divided into a work crew that was specialized for large main trunk line installation and a work crew that was specialized for smaller lateral feeder line installation for each facility tie-in. Following behind the pipe installation crew was a crew responsible for pressure testing, backfilling, flushing and chlorination of the installed pipes. Finally, a restoration labor crew would restore the area back to original condition including performing finish grading, top soil placement, grass establishment and pavement repairing. This planned installation sequence allowed for an orderly closeout of work areas, keeping open excavation areas to a minimum.

## 7.2 Analysis

Normally, the above approach is effective for large, lump sum underground pipe installation projects such as this project. As noted, this plan and approach requires a systematic increase of work force as work areas are entered. However, Shaw's plan was made inoperable by influences not controllable by Shaw. As demonstrated by Figure 6-1, impacts not controllable by Shaw occurred from the very beginning of the project and extended through the end of the performance period with ever increasing severity.

At the outset of the project, Shaw lost approximately one month of favorable construction weather due to the government's inability to provide a material storage area and space for a field office. During the first winter, Shaw made good and steady progress despite encountering additional underground obstructions and delays due to engineering related issues. In early February of 2002, Shaw lost work areas at both the north and south bases due to uncertainties of directional drilling requirements along and at the crossing of the taxiways. This was occurring while the government was mobilizing for the Iraq war. During the spring of 2002, Shaw increased its work force to maintain schedule. However, in addition to the same problems that had been encountered previously, Shaw also encountered numerous differing site conditions (DSCs). As required by contract Shaw must notify the contracting officer in these instances to allow for verification and disposition of each condition. This required leaving a lot of open areas until resolved by the government, giving impressions of incomplete work. Shaw's resource planning became increasingly difficult to manage due to these occurrences. The project management team was constantly moving crews to different work areas due to the affects brought on by the DSCs. The impact became severe during late May and June 2002. During this

time, the average crew was being impacted more than two times per work shift. These disruptions affected the planned work sequence of not only the pipe excavation and installation activities but it also affected the efficiencies of all other activities and voided Shaw's original construction plan. To further exacerbate the situation, the government issued a suspension of work in early September 2002, disclosing funding problems which resulted in many other impacts and delays.

As discussed above and in earlier sections of this document, there were many and varied impacts that prevented Shaw from executing its original plan and from completing contract work within the originally schedule time frame and within the original budget. However, there was a period of time during the early stages (prior to May of 2002) of the project when most of the areas of the project were available and many of the impacts encountered had not become severe. Thus Shaw is able to utilize the "measured mile" approach in quantifying the monetary impact of the disruptions, delays and hindrances encountered. This method compares a non-impacted (or least impacted) period of time with the disrupted period.

Despite an early access delay of more than one month, Shaw was able to complete approximately 57 percent of all work between December of 2001 and May of 2002 and 62 percent of the job controlling activities of Trenching (Line Item No. 2) and Pipe and Valve Installation (Line Item No. 3) as evidenced by the Application and Certificate of Payment No. 7 for the period ending May, 2002. In addition, Shaw was able to complete 75.6 percent of the total project, 81 percent of the Trenching and 80 percent of the Pipe and Valve Installation by August 30, 2002, as evidenced by Application and Certificate of Payment No. 10. After this point, progress was achieved only minimally due primarily due to large areas of the project being unavailable, work suspensions, re-sequencing and other impacts enumerated earlier.

The following table **(Table 7-1)** and chart **(Figure 7-1)** detail project progress. Note that in the 11 month period between September, 2002 and July, 2003, only 13.7 percent complete was achieved as compared to the 79.9 percent complete that was achieved in the 10.5 months prior to that point which highlights the severity of the impacts incurred in the latter stages of the projects.

**Table 7-1**

| Payment Application No. | Period Through | Cumulative Percent Complete |
|---|---|---|
| 2 | December 21, 2001 | 10.6 |
| 3 | January 18, 2002 | 17.6 |
| 4 | February 22, 2002 | 26.1 |
| 5 | March 22, 2002 | 31.6 |
| 6 | April 26, 2002 | 39.5 |
| 7 | May 24, 2002 | 57.3 |
| 8 | June 21, 2002 | 63.8 |
| 9 | July 26, 2002 | 70.9 |
| 10 | August 30, 2002 | 75.6 |
| 11 | September 6, 2002 | 79.9 |
| 12 | November 22, 2002 | 83.1 |
| 13 | January 24, 2003 | 86.0 |
| 14 | February 28, 2003 | 86.5 |

| Payment Application No. | Period Through | Cumulative Percent Complete |
|---|---|---|
| 15 | March 28, 2003 | 87.9 |
| 16 | May 2, 2003 | 89.3 |
| 17 | May 30, 2003 | 91.1 |
| 18 | June 27, 2003 | 91.8 |
| 19 | August 1, 2003 | 93.6 |

For comparison purposes, the cost per percent complete was calculated for the periods through May 24, 2002 and from May 24, 2002 through September 30, 2003. As is apparent from **Table 7-2**, the unit cost for the latter period is 189 percent greater than for the former period which correlates with the impacts incurred during the later period.

As a minimum (assuming that no impacts were incurred through May 24, 2002 which has been demonstrated not to be the case) Table 7-2 points to a loss of $58,734 per percent complete for the last 36.3 percent complete or a total loss of **$2,132,040** as follows:

| Item | Amount |
|---|---|
| Cost Per Percent Complete Achieved (5/24/02-9/30/03) | $89,746 |
| Less Cost Per Percent Complete Achieved Through 5/24/02 | ($31,012) |
| Difference Per Percent Complete | $58,734 |
| Percent Complete Achieved (5/24/02-9/30/03) | 36.3% |
| **Loss Incurred** | **$2,132,040** |

The above measured mile approach favors the government due to the fact that impacts were already occurring during this base period.

To further illustrate the reasonableness of the measured mile approach, note that Shaw's original contract price of $2,850,000 equates to $28,500 per percent complete or only an 8.8 percent difference from the $31,012 per percent complete calculated above despite the impacts already being encountered during this base period.

Alternatively, Shaw's losses, calculated by the total cost method would yield the following:

| Item | Amount |
|---|---|
| Total Cost Through 9/30/03 | $5,034,809 |
| Less Amount Paid to Date | ($2,360,200) |
| **Total Loss Through 9/30/03** | **$2,674,609** |

It should be noted that, per **Table 7-2**, profit has been added to the cost amounts in both calculations.

**For settlement purposes, Shaw proposes that an average of the two methods is appropriate. The average is $2,403,325. This proposal assumes that all previously submitted outstanding change order requests (through and including Contract Modification P00008) and unpaid (by TMS) invoices have been withdrawn.**

During the preparation of this document, Shaw also considered other cost analysis methods. However, due to the magnitude of issues and their overlapping impacts, the separation of costs by issue became realistically impossible.

It should be noted that Shaw reserves the right to amend and append this document as appropriate in the event that a negotiated settlement is not achieved.

Document References (Appendix C):

| Exhibit No. | Date | Description |
|---|---|---|
| 7-1 | November 13, 2001 | Contract Progress Schedule |
| 7-2 | May 28, 2002 | Shaw Payment Request LAFB-7 |
| 7-3 | September 4, 2002 | Shaw Payment Request LAFB-10 |

Figure 7-1, Project Progress



## Table 7-2

Project No. 833124

| Type | Description | Thru 9/30/03 Actual Amount | Thru 5/24/02 Actual Amount | From 5/24/02 Thru 9/30/03 Actual Amount |
|---|---|---|---|---|
| 9100 | Labor | | | |
| 9110 | Labor Field | | | |
| 9111 | Labor Reg Field | $927,729 | $306,015 | $621,714 |
| 9112 | Labor OT Field | $126,063 | $47,606 | $78,457 |
| 9113 | Labor Prem Field | $62,983 | $23,711 | $39,272 |
| 9114 | In Lieu of Benefit | | | |
| 9120 | Labor Home Office | | | |
| 9121 | Labor Reg Home Off | $89,962 | $13,207 | $76,755 |
| 9122 | Labor OT Home Off | $124 | $6 | $118 |
| 9123 | Labor Prem Home Of | $62 | $3 | $59 |
| 9200 | Fringe | | | |
| 9210 | Fringe Field | $281,895 | $90,572 | $191,323 |
| 9220 | Fringe Home Off | $26,647 | $4,295 | $22,352 |
| 9230 | Union Fringe Payme | | | |
| 9300 | Equipment | | | |
| 9310 | IT Equip - Compute | | | |
| 9311 | IT Equip - Constru | $71,008 | $17,038 | $53,970 |
| 9320 | Equipment - OS | $420,917 | $126,788 | $294,129 |
| 9330 | Equipment - LV | $41,072 | $17,076 | $23,996 |
| 9400 | Material | | | |
| 9410 | Material - IT | $10 | $10 | $0 |
| 9420 | Material - OS | $1,002,511 | $517,809 | $484,702 |
| 9600 | Subcontract | | | |
| 9610 | Sub - General | $625,568 | $59,294 | $566,274 |
| 9620 | Sub - Travel/Subsi | $2,519 | $0 | $2,519 |
| 9700 | Other Expense | | | |
| 9720 | Travel/Subsist | | | |
| 9721 | Air Travel | $4,166 | $2,043 | $2,123 |
| 9722 | Ground Trans | $8,661 | $1,778 | $6,883 |
| 9723 | Lodging | $101,648 | $29,369 | $72,279 |
| 9724 | Per Diem | $74,340 | $20,851 | $53,489 |
| 9725 | Individual Meals | | | |
| 9726 | Entertainment | $171 | | $171 |
| 9727 | Travel Other | $430 | $41 | $389 |
| 9730 | Other Out Serv | $55,054 | $12,107 | $42,947 |
| 9740 | A/P Accrual | | | |
| 9745 | Accr Oth OS (No Re | $47,228 | $145,278 | -$98,050 |
| 9800 | Project Burdens | | | |
| 9810 | Overhead | | | |
| 9811 | Overhead Field | $271,734 | $82,438 | $189,296 |
| 9812 | Overhead Home Of | $82,658 | $10,769 | $71,889 |
| 9820 | G&A | $131,365 | $50,197 | $81,168 |
| 9821 | G&A Field | $100,415 | $32,140 | $68,275 |
| 9822 | G&A Home Office | $11,414 | $1,555 | $9,859 |
| 9830 | OH FCCOM | $4,157 | $1,461 | $2,696 |
| 9840 | G&A FCCOM | $4,455 | $2,075 | $2,380 |
| 9850 | Equipment FCCOM | $1,008 | $284 | $724 |
| | Subtotal | $4,577,974 | $1,615,816 | $2,962,158 |
| | Profit @ 10% | $456,835 | $161,200 | $295,636 |
| | Total Cost | $5,034,809 | $1,777,016 | $3,257,794 |
| | Percent Complete Achieved | | 57.3 | 36.3 |
| | Cost Per Percent Achieved | | $31,012 | $89,746 |