RECEIVED MAR 1 7 2005

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 1st FIGHTER WING
LANGLEY AIR FORCE BASE VA

FEB 2 2 2005

17 February 2005

MEMORANDUM FOR: TMS Envirocon, Inc
Attn: Mr. Mehul Shah
1108 Tidewater Drive
Norfolk, VA 23504

FROM: 1 CONS/LGCC
74 Nealy Ave
Langley AFB VA 23665-2088

SUBJECT: Contract F44600-01-C-0029, MUHJ 01-0885, Repair Non Compliant Water Mains, Langley AFB; Subcontractor Request for Equitable Adjustment (REA)

1. The government has reviewed and denies subject REA based upon the following findings:

a. As the prime contractor, you are required to certify this REA in accordance with DFARS 243.204-70 Certification of Requests for Equitable Adjustment and DFARS 252.243-7002 Request for Equitable Adjustment (excerpts below).

(i) DFARS 243.204-70 (a) "A request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold may not be paid unless the contractor certifies the request in accordance with the clause at 252.243-7002."

(ii) DFARS 243.204-70 (c) "The certification required by 10 U.S.C. 2410(a), as implemented in the clause at 252.243-7002, is different from the certification required by the Contract Disputes Act of 1978 (41 U.S.C. 605(c)). If the contractor has certified a request for equitable adjustment in accordance with 10 U.S.C. 2410(a), and desires to convert the request to a claim under the Contract Disputes Act, the contractor shall certify the claim in accordance with FAR Subpart 33.2."

(iii) DFARS 252.243-7002 (b) "In accordance with 10 U.S.C. 2410 (a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief."

(iv) DFARS 252.243-7002 (c) "The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including (1) Cost or pricing data if required in accordance with subsection 15.403-4 of the Federal Acquisition Regulation (FAR); and (2) Information other than cost or pricing data, in accordance with subsection 15.403-3 of

the FAR, including actual cost data and data to support any estimated costs, even if cost or pricing data are not required."

b. You are advised that as the prime contractor, you have the burden of proof to establsh liability for costs above and beyond the contract terms including costs for previously negotiated changes resulting in a total of eighteen contract modifcations through out the duration of the contract.

2. If you have any questions or comments contact Mrs. Delores Powell at 764-7033 or the undersigned at 764-2544.

WINONA SEWELL HALL
Contracting Officer

Cc: 1 CES/CEC
Donnie J. Edwards, Jr.
W. Daniel Porter

Certified Receipt
7004 1160 0001 5694 7740