RECEIVED MAR 17 2005

**TMS ENVIROCON, Inc.**

**Environmental and Construction Services**

March 14, 2005

Department of the Air Force
Headquarters 1st Fighter Wing
1 CONS/LGCA
Attention: Ms. Winona L. Sewell-Hall, Contracting Officer
74 Nealy Avenue
Langley Air Force Base, VA 23665

SUBJECT: Subcontractor Request for Equitable Adjustment (REA); Contract Number: F44600-01-C-0029, Project Number: MUHJ 01-0885, Title: Repair Non-Compliant Water Mains, Langley AFB

Ref: Memorandum from Ms. Sewell-Hall dated 17 February 2005

Dear Ms. Sewell-Hall:

This letter is in response to your recent Memorandum dated February 17, 2005 (Attachment A) advising of denial of the Request for Equitable Adjustment ("the REA") submitted on behalf of our subcontractor, Shaw Environmental, Inc. ("Shaw"). Your Memorandum is unclear whether the government is requesting further certification of the REA or additional supporting information and/or documents for the facts alleged therein by Shaw.

With respect to the former, the REA include Shaw's certification meeting DFARS 252.243-7002(b), and further includes TMS's statements, per applicable Board precedent as we understand it, that since Shaw is the real party in interest with respect to the REA, TMS must accept and rely on Shaw's certification at face value; but as the REA appears to be submitted in good faith and not frivolously, in accordance with Shaw's request TMS in turn submitted the REA therewith for the government's review, comment, and negotiation. While TMS continues to maintain those positions, and further continues to take no position as to the merits of Shaw's proposals as included in the REA, the requested additional certification by TMS with respect to the REA follows:

> I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

Mehul S. Shah

Mehul Shah, President
TMS ENVIROCON, Inc.

With respect to the latter, please advise if you believe there is specific supporting information and/or documents not included with Shaw's REA so we can so advise Shaw and, to the extent available, forward such requested information and/or documents to the government. Similarly, if the government is aware of any particular issues or concerns with the REA, including position that the monies sought by Shaw therein are part of the previously negotiated changes referenced in your Paragraph 1(b), please advise so we also address the same with Shaw, and in turn the government.

1108 Tidewater Drive, Norfolk, VA 23504
Office: 757-965-8491 Facsimile: 757-965-8492

Should you have any questions or wish to discuss anything herein or otherwise related to the Shaw pass-through REA, please contact me. Otherwise, please provide us with your position as to the REA and/or advise on availability to meet to discuss and/or negotiate the same.

Sincerely,

TMS ENVIROCON, INC.

Mehul S. Shah
President

Attachment A February 17, 2005 Memorandum

bcc (w/attach.):
S. Reed Waters
Shaw Environmental, Inc.
2790 Mosside Boulevard
Monroeville, PA 151462792

Curtis G. Manchester, Esquire
Reed Smith LLP
Riverfront Plaza - West Tower
901 E. Byrd Street, Suite 1700
Richmond, Virginia 23219-4069

Jack Wilson, VP, Surety Claims Department
Gulf Insurance Group
One State Street Plaza
10th Floor
New York, NY 10004

Neil S. Lowenstein, Esquire
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510

CERTIFIED MAIL RECEIPT
7001 0360 0000 4138 1066