RECEIVED JUL 2 7 2005

# TMS ENVIROCON, Inc.

**Environmental and Construction Services**

July 26, 2005

VIA CERTIFIED MAIL
7002 0860 0004 3713 3044

Department of the Air Force
Headquarters 1st Fighter Wing
1 CONS/LGCA
Attention: Winona L. Sewell-Hall, Contracting Officer
74 Nealy Avenue
Langley Air Force Base, VA 23665

SUBJECT: Contract Number: F4460-01-C-0029; Project Number: MUHJ 01-0885, Repair Non-Compliant Water Mains; Langley AFB

Dear Ms. Hall:

I hope all is well with you and forward this as brief summary of our previous discussions with Ms. Powell. We understand the government requires no additional supporting information or documents for its ongoing review of Shaw Environmental's "Request for Equitable Adjustment". If, however, that is not the case, please let us know so we can discuss anything you may need with Shaw Environmental. Of course, please advise should you have any questions or want to discuss anything related to that proposal or Shaw Environmental's REA in the interim.

Sincerely,

TMS ENVIROCON, INC.

Mehul S. Shah

Mehul Shah
President

cc: Hank Yuan, Shaw Environmental, Inc.
Neil Lowenstein, Vandeventer Black LLP

1108 Tidewater Drive, Norfolk, VA 23504
Office: 757-965-8491 Facsimile: 757-965-8492