**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 1st FIGHTER WING**
**LANGLEY AIR FORCE BASE VA**

15 November 2005

MEMORANDUM FOR: TMS Envirocon, Inc
Attn: Mr. Mehul Shah
1108 Tidewater Drive
Norfolk, VA 23504

NOV 2 1 2005

FROM: 1 CONS/LGCC
74 Nealy Ave
Langley AFB VA 23665-2088

SUBJECT: Contract F44600-01-C-0029, MUHJ 01-0885, Repair Non Compliant Water Mains, Langley AFB; Subcontractor Request for Equitable Adjustment (REA)

1. This letter is to inform you that is REA submitted on behalf of your subcontractor Shaw Environmental, Inc is denied in its entirety.

2. This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference to decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedures for claims of $100,000 or less. Instead of appealing to the the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

2. If you have any questions or concerns contact TSgt Bryan Meredith at (757)225-4726 or the undersigned at (757)764-2597.

WINONA SEWELL HALL
Contracting Officer

Cc: 1CES/CECN – Dan Porter

Certified Receipt
7004 1160 0001 5694 7825