# TMS ENVIROCON, Inc.

ENVIRONMENTAL AND CONSTRUCTION SERVICES

22 August 2003

1CONS/LGCA
Attn.: Mrs. Sewell-Hall, Contracting Officer
74 Nealy Avenue
Langley AFB, VA 23665-2088

RE: MUHJ 01-0885- Langley Air Force Base Non-Compliant Water Mains; F44600-01-C-0029
Mod. 00008, Dated 07-Aug-2003

Dear Mrs. Sewell-Hall:

This letter shall serve as TMS ENVIROCON, Inc.'s (TMS) response to the Air Force's request for execution of Mod. 00008, without striking the Release of Claims paragraph on Page 2. As agreed during the Project Weekly Meeting on 21 August 2003, this cover letter is being attached to Mod. 00008 to confirm there is no release effect intended by execution of Mod. 00008. Further, TMS's right to additional adjustment, to either time or compensation, or both, for the impacts of the deleted work and differing site conditions is reserved. TMS also reserves the right to revisit Mod. 00008 after evaluating the overall impacts of DSCN's 54 through 109 had on critical path items, the overall project and the project schedule.

If you require any additional information, please do not hesitate to call me at 757-328-8805 or email me at warnemann@tmsenvirocon.com.

Sincerely,

Walter Arnemann
Project Manager

800 Seahawk Circle, Suite 110, Virginia Beach, VA 23452
Phone: 757-368-7733 Fax: 757-368-7734

# TMS ENVIROCON, Inc.

ENVIRONMENTAL AND CONSTRUCTION SERVICES

26 September 2003

1CONS/LGCA
Attn.: Mrs. Sewell-Hall, Contracting Officer
74 Nealy Avenue
Langley AFB, VA 23665-2088

RE: MUHJ 01-0885- Langley Air Force Base Non-Compliant Water Mains; F44600-01-C-0029
Mod. 00009, Dated 25-September-2003

Dear Mrs. Sewell-Hall:

This letter shall serve as TMS ENVIROCON, Inc.'s (TMS) response to the Air Force's request for execution of Mod. 00009, without striking the **CONTRACTOR'S STATEMENT OF RELEASE** on Page 2 of 3. As agreed during the Project Weekly Meeting on 25 September 2003, this cover letter is being attached to Mod. 00009 to confirm there is no release effect intended by execution of Mod. 00009. Further, TMS's right to additional adjustment, to either time or compensation, or both, for the impacts of the deleted work is reserved. TMS also reserves the right to revisit Mod. 00009 after evaluating the overall impacts of delays waiting for funding (Addendum 02), had on critical path items, the overall project and the project schedule.

If you require any additional information, please do not hesitate to call me at 757-328-8805 or email me at warnemann@tmsenvirocon.com.

Sincerely,

Walter Arnemann
Project Manager

800 Seahawk Circle, Suite 110, Virginia Beach, VA 23452
Phone: 757-368-7733 Fax: 757-368-7734

# TMS ENVIROCON, Inc.

ENVIRONMENTAL AND CONSTRUCTION SERVICES

16 January 2004

1CONS/LGCA
Attn: Mrs. Sewell-Hall, Contracting Officer
74 Nealy Avenue
Langley AFB, VA 23665-2088

RE: MUHJ 01-0885- Langley Air Force Base Non-Compliant Water Mains; F44600-01-C-0029
Mod. P00012, Dated 15-Jan-2004

Dear Mrs. Sewell-Hall:

This letter shall serve as TMS ENVIROCON, Inc.'s (TMS) response to the Air Force's request for execution of Mod. P00012, without striking the Release of Claims paragraph on Page 1, Line Item 14 d. As agreed during the Project Weekly Meeting on 21 August 2003, this cover letter is being attached to Mod. P00012 to confirm there is no release effect intended by execution of Mod. P00012. Further, TMS's right to additional adjustment, to either time or compensation, or both, for the impacts on the project is reserved. TMS also reserves the right to revisit Mod. P00012 after evaluating the overall impacts permit delays, etc. had on critical path items, the overall project and the project schedule.

If you require any additional information, please do not hesitate to call me at 757-328-8805 or email me at warnemann@tmsenvirocon.com.

Sincerely,

Walter Arnemann

Walter Arnemann
Project Manager

800 Seahawk Circle, Suite 110, Virginia Beach, VA 23452
Phone: 757-368-7733 Fax: 757-368-7734

# TMS ENVIROCON, Inc.

ENVIRONMENTAL AND CONSTRUCTION SERVICES

15 April 2004

1CONS/LGCA
Attn.: Mrs. Sewell-Hall, Contracting Officer
74 Nealy Avenue
Langley AFB, VA 23665-2088

RE: MUHJ 01-0885- Langley Air Force Base Non-Compliant Water Mains; F44600-01-C-0029
Mod. P00014, Dated 09-Apr-2004

Dear Mrs. Sewell-Hall:

This letter shall serve as TMS ENVIROCON, Inc.'s (TMS) response to the Air Force's request for execution of Mod. P00014, without striking the Contractor's Statement of Release paragraph on Page 5. As agreed during the Project Weekly Meeting on 21 August 2003, this cover letter is being attached to Mod. P00014 to confirm there is no release effect intended by execution of Mod. P00014. Further, TMS's right to additional adjustment, to either time or compensation, or both, for the impacts on the project is reserved. TMS also reserves the right to revisit Mod. P00014 after evaluating the overall impacts any delays, etc. had on critical path items, the overall project and the project schedule.

If you require any additional information, please do not hesitate to call me at 757-328-8805 or email me at warnemann@tmsenvirocon.com.

Sincerely,

Walter Arnemann
Project Manager

1108 Tidewater Drive, Norfolk, VA 23504
Telephone: 757-965-8491 Facsimile: 757-965-8492

# TMS ENVIROCON, Inc.

ENVIRONMENTAL AND CONSTRUCTION SERVICES

19 July 2004

1CONS/LGCA
Attn.: Mrs. Sewell-Hall, Contracting Officer
74 Nealy Avenue
Langley AFB, VA 23665-2088

RE: MUHJ 01-0885- Langley Air Force Base Non-Compliant Water Mains; F44600-01-C-0029
Mod. P00016, Dated 15-July.-2004

Dear Mrs. Sewell-Hall:

This letter shall serve as TMS ENVIROCON, Inc.'s (TMS) response to the Air Force's request for execution of Mod. P00016, without striking the Release of Claims paragraph on Page 1, Line Item 14 c. As agreed during the Project Weekly Meeting on 21 August 2003, this cover letter is being attached to Mod. P00016 to confirm there is no release effect intended by execution of Mod. P00016. Further, TMS's right to additional adjustment, to either time or compensation, or both, for the impacts on the project is reserved. TMS also reserves the right to revisit Mod. P00016 after evaluating the overall impacts any delays, etc. had on critical path items, the overall project and the project schedule.

If you require any additional information, please do not hesitate to call me at 757-328-8805 or email me at warnemann@tmsenvirocon.com.

Sincerely,

Walter Arnemann
Project Manager

800 Seahawk Circle, Suite 110, Virginia Beach, VA 23452
Phone: 757-368-7733 Fax: 757-368-7734

# TMS ENVIROCON, Inc.

ENVIRONMENTAL AND CONSTRUCTION SERVICES

5 August 2004

1CONS/LGCA
Attn.: Mrs. Sewell-Hall, Contracting Officer
74 Nealy Avenue
Langley AFB, VA 23665-2088

RE: MUHJ 01-0885- Langley Air Force Base Non-Compliant Water Mains; F44600-01-C-0029
Mod. P00017, Dated 23-July-2004

Dear Mrs. Sewell-Hall:

This letter shall serve as TMS ENVIROCON, Inc.'s (TMS) response to the Air Force's request for execution of Mod. P00017, without striking the Release of Claims paragraph on Page 5, **CONTRACTOR'S STATEMENT OF RELEASE**, As agreed during the Project Weekly Meeting on 21 August 2003, this cover letter is being attached to Mod. P00017 to confirm there is no release effect intended by execution of Mod. P00017. Further, TMS's right to additional adjustment, to either time or compensation, or both, for the impacts on the project is reserved. TMS also reserves the right to revisit Mod. P00017 after evaluating the overall impacts any delays, etc. had on critical path items, the overall project and the project schedule.

If you require any additional information, please do not hesitate to call me at 757-328-8805 or email me at warnemann@tmsenvirocon.com.

Sincerely,

Walter Arnemann

Walter Arnemann
Project Manager

800 Seahawk Circle, Suite 110, Virginia Beach, VA 23452
Phone: 757-368-7733 Fax: 757-368-7734

# TMS ENVIROCON, Inc.

ENVIRONMENTAL AND CONSTRUCTION SERVICES

25 August 2004

1CONS/LGCA
Attn.: Mrs. Sewell-Hall, Contracting Officer
74 Nealy Avenue
Langley AFB, VA 23665-2088

RE: MUHJ 01-0885- Langley Air Force Base Non-Compliant Water Mains; F44600-01-C-0029
Mod. P00018, Dated 23-August-2004

Dear Mrs. Sewell-Hall:

This letter shall serve as TMS ENVIROCON, Inc.'s (TMS) response to the Air Force's request for execution of Mod. P00018, without striking the Release of Claims paragraph 14c on Page 1, **CONTRACTOR'S STATEMENT OF RELEASE**, As agreed during the Project Weekly Meeting on 21 August 2003, this cover letter is being attached to Mod. P00018 to confirm there is no release effect intended by execution of Mod. P00018. Further, TMS's right to additional adjustment, to either time or compensation, or both, for the impacts on the project is reserved. TMS also reserves the right to revisit Mod. P00018 after evaluating the overall impacts any delays, etc. had on critical path items, the overall project and the project schedule.

If you require any additional information, please do not hesitate to call me at 757-328-8805 or email me at warnemann@tmsenvirocon.com.

Sincerely,

Walter Arnemann
Project Manager