**From:** Sewell-Hall Winona L Civ 1 CONS/LGCA **Sent:** Mon 12/22/2003 1:41 PM
**To:** Arnemann, Walter; Powell Delores A Civ 1 CONS/LGCA
**Cc:** Porter William D Civ 1 CES/CECN; Sewell-Hall Winona L Civ 1 CONS/LGCA; Edwards Donnie J Civ 1 CES/CECN
**Subject:** RE: Time extension P00011:
**Attachments:**

---

After voicemail coordination with the contractor, it was determined that P00011 will be signed and the additional days requested below would be addressed after the 1st of the year, when all government personnel are present.
Thanks
W

Winona Sewell Hall
General Construction Team Lead/Contracting Officer
1 CONS/LGCA
Langley AFB, VA 23665
757-764-2544/7032(DSN 574)
FAX 757-764-4071

"If you don't have a vision for your future, then your future is destined to be a repeat of your past"

-----Original Message-----
From: Walter Arnemann [mailto:warnemann@tmsenvirocon.com]
Sent: Monday, December 22, 2003 10:13 AM
To: Delores Powell
Cc: william d porter; Winona Sewell-Hall; Donnie Edwards
Subject: Time extension P00011:
Importance: High

Mrs. Powell,

TMS is requesting the Contracting Office change the performance period for Phase II non-compliant water mains outlined in Mod. P00011 from 27 January 2004 to 6 February 2004. At our weekly meeting on 8 December 2003 it was agreed TMS ENVIROCON, Inc. (TMS) would receive 27 working days to complete the first 6 Items listed on Pg 2 Of the Meeting Minutes Line Item #6 (See attached). The Air Force will not allow working on Saturdays, Sundays and Holidays. Combined with limited working conditions between 24 December 2003 and 5 January 2004 (LAFB will no be at full strength) excavations have been limited. TMS requests the performance period listed on Mod. P00011 line Item 14 be changed to 6 February 2004.

If there are any questions please call me at 328-8805.

Sincerely,
Walter Arnemann
Project Manager
TMS ENVIROCON, Inc.
On site N. Roma Rd. LAFB
On site Trailer 757-865-7522