# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**TMS ENVIROCON, INC.,** *

Plaintiff, *

v. * No. 06-772C

**THE UNITED STATES,** * (Filed Apr. 10, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

An off-the-record telephonic Early Neutral Evaluation Conference shall be held at 3:00 p.m. on Tuesday, April 24, 2007. The call will be placed from the Howard T. Markey National Courts Building.

Any information and documents submitted to the ADR judge for purposes of ADR will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

**IT IS SO ORDERED.**

/s Christine O. C. Miller

________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir