# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | | |
|---|---|---|---|
| **TMS ENVIROCON, INC.,** | | * | |
| | Plaintiff, | * | |
| v. | | * | No. 06-772C |
| **THE UNITED STATES,** | | * | (Filed Apr. 25, 2007) |
| | Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On April 24, 2007, the parties participated in an Early Neutral Evaluation of this case with the undersigned. The Joint Preliminary Status Report filed on April 9, 2007, including relevant appended documents, detailed the circumstances that led to the complaint's being filed with jurisdictional defects. This information was helpful to the undersigned. Based on the off-the-record telephone conference, the parties requested that the undersigned communicate to the presiding judge their desire that an order of dismissal without prejudice be entered to provide the following:

The case is dismissed without prejudice for lack of subject matter jurisdiction. No costs. Plaintiff intends to submit a new claim to the contracting officer. Plaintiff intends to file an action in the United States Court of Federal Claims if the matter is not resolved at the agency level. If a new action is filed, filing fees shall be waived, and the complaint shall be assigned to the presiding judge. Defendant represents that it will endeavor to answer any new complaint within thirty (30) days.

Accordingly, this case is returned to the presiding judge for entry of an order in accordance with the foregoing.

**IT IS SO ORDERED.**

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge

cc: Judge Baskir