# In the United States Court of Federal Claims

Case No. 06-772C
(Filed: May 1, 2007)

****************************************************
TMS ENVIROCON, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER OF DISMISSAL

Based on the parties' request at the ADR Conference held on April 24, 2007, and Judge Christine O.C. Miller's Order of April 25, **this case is hereby dismissed without prejudice for lack of subject matter jurisdiction.** No costs.

Plaintiff intends to submit a new claim to the contracting officer. Plaintiff intends to file an action in the U.S. Court of Federal Claims if the matter is not resolved at the agency level. If a new action is filed, filing fees shall be waived, and the complaint shall be assigned to the presiding judge. Defendant represents that it will endeavor to answer any new complaint within 30 days.

Accordingly, the telephonic Preliminary Status Conference scheduled on May 8, 2007, is cancelled.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge